UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:    Georges Jean Baptiste                                  Case No.: 24-22321-RAM
                                                                 Chapter 7

_____Debtor(s)_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the Notice of Hearing (Re: [10] Expedited Motion to Continue the Automatic Stay Filed by Debtor Georges Lisabeth Jean Baptiste.) was sent to all parties on the attached service list on December 9, 2024.

Electronically: Ross R. Hartog, Trustee

First Class Mail:

Debtor(s), Georges Lisabeth Jean Baptiste
13505 NE 14TH AVE
Miami, FL 33161

All Creditors on the Matrix

Respectfully submitted:           **Jose A. Blanco, P.A.**
December 9, 2024                  By: */s/ Jose A. Blanco* | FBN: 062449
                                  Attorney for Debtor(s)
                                  102 E 49th ST
                                  Hialeah, FL 33013,
                                  Tel. (305) 349-3463
                                  E-mail: jose@blancopa.com